UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JUUL LABS, INC.,**

    **Plaintiff,**

    v.                    Case No. 8:18-cv-02855-WFJ-AEP

**TWIST VAPOR FRANCHISING, LLC,**

    **Defendant.**

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

X   IS        related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. Juul Labs, Inc. v. Bo One Devices, et al., Int'l. Trade Comm'n., Case No. pending;

2. Juul Labs, Inc. v. Atom Pods, et al., Int'l. Trade Comm'n., Case No. pending;

3. Juul Labs, Inc. v. Noah Dovberg, No. 6:18-cv-02018-CEM-KRS (M.D. Fla.);

4. Juul Labs, Inc. v. DripTrip Vapes LLC, et al., No. 0:18-cv-62836-BB (S.D. Fla.);

5. Juul Labs, Inc. v. Vaportronix, LLC, No. 0:18-cv-62834-BB (S.D. Fla.);

6. Juul Labs, Inc. v. Eonsmoke, LLC, et al., No. 18-cv-14608 (D. N.J.);

7. Juul Labs, Inc. v. The Electric Tobacconist, LLC, No. 18-cv-02546 (D. Colo.);

8. Juul Labs, Inc. v. Flair Vapor, LLC, et al., No. 18-cv-14605 (D. N.J.);

9. Juul Labs, Inc. v. J Well France S.A.S., et al., No. 18-cv-05548 (E.D.N.Y.);

10. Juul Labs, Inc. v. King Distribution, LLC, et al., No. 18-cv-14607 (D. N.J.)

11. Juul Labs, Inc. v. Myle Vape, Inc., et al., No. 18-cv-05549 (E.D.N.Y.);

12. Juul Labs, Inc. v. Vapor 4 Life Holdings, Inc., No. 18-cv-07201 (N.D. Ill.);

13.    Juul Labs, Inc. v. Vapor Hub International, Inc., et al., No. 18-cv-08515 (C.D. Cal.);

14.    Juul Labs, Inc. v. Xfire, Inc., et al., No. 18-cv-03571 (S.D. Tex.);

15.    Juul Labs, Inc. v. Ziip Lab Co., Ltd., et al., No. 18-cv-06094 (C.D. Cal.);

16.    Juul Labs, Inc. v. Sarvasva, LLC d/b/a One Stop Food Mart, No. 18-cv-16331 (D. N.J.);

17.    Juul Labs, Inc. v. The Electric Tobacconist, LLC, No. 18-cv-02995 (D. Colo.);

18.    Juul Labs, Inc. v. Fuma Vapor, Inc., No. 18-cv-07711 (N.D. Ill.);

19.    Juul Labs, Inc. v. Lan & Mike International Trading, Inc., No. 18-cv-09801 (C.D. Cal.);

20.    Juul Labs, Inc. v. Lizard Juice, LLC, et al., No. 18-cv-01832 (D. Del.);

21.    Juul Labs, Inc. v. Maduro Distributors, Inc., No. 18-cv-03232 (D. Minn.);

22.    Juul Labs, Inc. v. Shenzhen OVNS Tech. Co., Ltd., et al., No. 18-cv-07717 (N.D. Ill.);

23.    Juul Labs, Inc. v. ParallelDirect LLC, No. 18-cv-07712 (N.D. Ill.);

24.    Juul Labs, Inc. v. United Wholesale, LLC, et al., No. 18-cv-01891 (D. Conn.);

25.    Juul Labs, Inc. v. Vapor 4 Life Holdings, Inc., No. 18-cv-07724 (N.D. Ill.);

26.    Juul Labs, Inc. v. Vape4U, LLC, No. 18-cv-02448 (C.D. Cal.);

27.    Juul Labs, Inc. v. Vaperz, LLC, et al., No. 18-cv-07715 (N.D. Ill.); and

28.    Juul Labs, Inc. v. The ZFO, No. 18-cv-06829 (N.D.N.Y.).

___ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

                                                Respectfully submitted,

Dated:  December 4, 2018

/s/ Bryan D. Hull
Bryan D. Hull (Fla. Bar No. 20969)
bhull@bushross.com
lhoman@bushross.com
BUSH ROSS, P.A.
1801 N. Highland Avenue
Tampa, FL 33602
Phone (813) 224-9255
Facsimile (813) 223-9620
*Local Counsel*

and

Daniel E. Yonan (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
Nirav N. Desai (*pro hac vice*)
Jonathan Tuminaro (*pro hac vice*)
Sterne, Kessler, Goldstein & Fox PLLC
1100 New York Avenue, NW
Washington, DC 20005
(202) 371-2600
(202) 371-2540 (fax)
dyonan@sternekessler.com
mjoffre@sternekessler.com
ndesai@sternekessler.com
jtuminar@sternekessler.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 4, 2018, all counsel of record who consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

    /s/ Bryan D. Hull
    Attorney